Dear clerk of court,

    Im writing in regards to Docket #18-CV-2379(CM), I submitted an amended application to proceed without prepaying fees or cost and I also submitted a document titled "Evidence establishing False Information was forwarded to prosecutor in support of Plaintiff's 1983 complaint", I have received no response from this court that these documents were received.

    Therefore, Im writing this court requesting a docket sheet or a letter documenting that this court is in receipt of these documents.

Name: Robert Lurch    Date: 4/22/2018    Signature: Robert Lurch

Docket #: 18-CV-2379(CM)    Case Name: Robert D. Lurch Sr. v. The City of New York; Officer Michael Furrs, Shield #24036

DIN #: 16A2468

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: Robert Lorch        DIN: 16A2168

USM P3 SDNY

Pro se office
United States District Court
Southern District of New York
500 Pearl Street
New York, NY
10007

Mid-State Correctional Facility

neopost
05/07/2018
US POSTAGE $000.47⁰
FIRST-CLASS MAIL
ZIP 13403
041L11251108

2018 MAY 10 PM 10:35

1000781380 0014